PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TEMMY EDIA,<br><br>Defendant. | CASE NO. 1:21-CR-00130-JLT-SKO AND 1:22-MJ-00176<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 18, 2024<br>TIME:<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on November 18, 2024.

2. By this stipulation, the parties now move to continue the sentencing until January 27, 2025, and to exclude time between November 18, 2024, and January 27, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties have been in discussions regarding defendant's out of district TSR. The parties believed that defendant would return to the Northern District of California to handle that TSR, but instead have been advised that the matter must be handled here.

4. The parties request additional time to come to a resolution on how to handle that matter before defendant is sentenced in the underlying case.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2024 to January 27, 2025,

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

6.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 12, 2024          PHILLIP A. TALBERT
                                   United States Attorney

                                   /s/ STEPHANIE M. STOKMAN
                                   STEPHANIE M. STOKMAN
                                   Assistant United States Attorney

Dated:  November 12, 2024          /s/ RICHARD BESHWATE
                                   RICHARD BESHWATE
                                   Counsel for Defendant
                                   TEMMY EDIA

## FINDINGS AND ORDER

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **November 13, 2024**                  _____
                                                UNITED STATES DISTRICT JUDGE